# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2014

## NO.  03-13-00846-CV

### E. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the order signed by the district court on November 20, 2013.  Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the district court's order.  Therefore, the Court affirms the district court's order.  Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.